Trinda L. HEIKES, Plaintiff–
Appellant,

v.

William J. HENDERSON, Postmaster General, USPS; Equal Employment Opportunity Commission, Defendants–Appellees.

No. 01–1630.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Trinda L. Heikes, pro se.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Trinda L. Heikes appeals the district court's order dismissing her claim of discrimination, retaliation, and hostile work environment pursuant to 28 U.S.C.A. § 1915 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Heikes v. Henderson,* No. CA–01–268–7 (W.D.Va. filed Apr. 11, 2001; entered Apr. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*